<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2211**

———————————

G. BRYANT GIBBS, a resident of Cumberland
County, North Carolina,

                              Plaintiff - Appellant,

        versus

THE KELLY SPRINGFIELD/GOODYEAR TIRE AND RUBBER
COMPANY,

                              Defendant - Appellee.

———————————

**No. 99-2383**

———————————

G. BRYANT GIBBS, a resident of Cumberland
County, North Carolina,

                              Plaintiff - Appellant,

        versus

THE KELLY SPRINGFIELD/GOODYEAR TIRE AND RUBBER
COMPANY, of Fayetteville, NC; UNITED STEEL-
WORKERS OF AMERICA, LOCAL 959; THE INTERNA-
TIONAL UNITED STEELWORKERS OF AMERICA,

                              Defendants - Appellees.

                            No. 99-2384


G. BRYANT GIBBS,

                                        Plaintiff - Appellant,

        versus


THE INTERNATIONAL UNITED STEELWORKERS OF
AMERICA; UNITED STEELWORKERS OF AMERICA, LOCAL
959, Local 959 of Cumberland County,

                                        Defendants - Appellees.


Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-98-868-5-F(3), CA-99-24-5-F, CA-99-67-5-F)


Submitted: February 29, 2000          Decided: March 14, 2000


Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.


Affirmed by unpublished per curiam opinion.


G. Bryant Gibbs, Appellant Pro Se. Richard W. Wiggins, MCCOY, WEAVER, WIGGINS, CLEVELAND & RAPER, Fayetteville, North Carolina; Joseph P. Stuligross, UNITED STEELWORKERS OF AMERICA, Pittsburgh, Pennsylvania; Melinda Lawrence, PATTERSON, HARKAVY & LAWRENCE, Raleigh, North Carolina, for Appellees.


Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motion to compel discovery, granting Kelly-Springfield/Goodyear Tire and Rubber Company's motion to dismiss, and granting summary judgment in favor of the International Steelworkers Union of America and the United Steelworkers of America Local 959. We have reviewed the record and the district court's opinions and order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gibbs v. Kelly-Springfield/Goodyear Tire and Rubber Co., No. CA-98-868-5-F(3); Gibbs v. International United Steelworkers of Am., Nos. CA-99-24-5-F; CA-99-67-5-F (E.D.N.C. Aug. 4, Aug. 31, Sept. 30 & Oct. 7, 1999). We deny Gibbs' motion to reconsider our denial of his motion to amend the caption. We further deny his motion to incorporate additional documents into the record. See 4th Cir. R. 10(e). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3